UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TIERA JACKSON,

    Plaintiff,

-vs-                                      CASE NO.:  4:16-CV-00294-CDL

KOHL'S DEPARTMENT
STORES, INC.,

    Defendant
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, TIERA JACKSON, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, TIERA JACKSON, and Defendant, KOHL'S DEPARTMENT STORES, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                    /s/Octavio Gomez, Esquire
                                                    Octavio "Tav" Gomez, Esquire
                                                    Georgia Bar #: 617963
                                                    Morgan & Morgan, Tampa, P.A.
                                                    201 North Franklin Street, 7th Floor
                                                    Tampa, FL 33602
                                                    Telephone: (813) 223-5505
                                                    Facsimile:  (813) 223-5402
                                                    tgomez@forthepeople.com
                                                    amferrera@forthepeople.com
                                                    amoore2@forthepeople.com
                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Tala Amirfazli, Esquire, Burr & Forman LLP, 171 Seventeenth Street, N.W. Suite 1100, Atlanta, GA  30363 (tamirfazli@burr.com); Lauri A. Mazzuchetti, Esquire, Kelley Drye & Warren LLP, One Jefferson Road 2nd Floor, Parsippany, NJ  07054 (lmazzuchetti@kelleydrye.com); John O'Shea Sullivan, Esquire, Burr & Forman LLP, 171 Seventeenth Street, N.W. Suite 1100, Atlanta, GA 30363 (ssullivan@burr.com); Vincent P. Rao, II, Esquire, Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, NJ  07054 (vrao@kelleydrye.com); Bridget Polloway, Esqurie, Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor Parsippany, NJ  07054 (bpolloway@kelleydrye.com).

 

                                           */s/Octavio Gomez, Esquire*
                                           Octavio "Tav" Gomez, Esquire
                                           Georgia Bar #: 617963