UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TIERA JACKSON,

    Plaintiff,

-vs-                             CASE NO.: 4:16-CV-00294-CDL

KOHL'S DEPARTMENT STORES, INC.,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Tiera Jackson, and the Defendant, Kohl's Department Stores, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of June, 2017.

/s/Octavio Gomez
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor

/s/ John O'Shea Sullivan, Esquire
John O'Shea Sullivan, Esquire
Burr & Forman LLP
171 Seventeenth Street, N.W., Suite 1100

Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
tgomez@forthepeople.com
amferrera@forthepeople.com
afloyd@forthepeople.com
*Attorneys for Plaintiff*

Atlanta, GA 30363
Tele: (404) 815-3000
Fax: (404) 817-3244
ssullivan@burr.com
Georgia Bar#: 691305
Attorney for Defendant